IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEREBRUM SENSOR TECHNOLOGIES, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 24-245-JLH-SRF ) ) |
| REVVO TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 29th day of January 2025:

WHEREAS, on January 10, 2025, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 79) in this action, which recommended that the Court grant-in-part Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 21); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record,

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 79) is ADOPTED. Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 21) is GRANTED as to Plaintiffs' claims for pre-suit indirect and willful infringement of the '421 patent and DENIED as to all other respects of the motion.

_____
Honorable Jennifer L. Hall
United States District Judge