**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CEREBRUM SENSOR TECHNOLOGIES, INC. and TIRE STICKERS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> REVVO TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 24-245-JLH-SRF |

## ORDER

At Wilmington, this 3rd day of August 2026;

WHEREAS, Magistrate Judge Fallon issued a Report & Recommendation on July 17, 2026 (D.I. 215, the "R&R"), recommending that the Court grant Plaintiffs' Motion to Dismiss Defendant's Inequitable Conduct and False Marking Counterclaims and Related Affirmative Defenses Pursuant to Rule 9(b), 12(b)(6), and 12(f) (D.I. 120); [1]

WHERAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1.    The R&R (D.I. 215) is ADOPTED.

---

[1] On June 10, 2026, the parties stipulated to dismiss Defendant's first counterclaim for false marking and related eighth affirmative defense, and to withdraw the portion of Plaintiffs' motion to dismiss regarding the same. (D.I. 199.) The R&R and this Order address the remaining portions of Plaintiffs' motion to dismiss directed to Defendant's second counterclaim and twelfth and thirteenth defenses relating to inequitable conduct.

2.      Plaintiffs' Motion to Dismiss Defendant's Inequitable Conduct and False Marking

Counterclaims and Related Affirmative Defenses Pursuant to Rule 9(b), 12(b)(6),

and 12(f) (D.I. 120) is GRANTED.

3.      Defendant's Second Counterclaim (D.I. 95, Count II) is DISMISSED.

4.      Defendant's Twelfth and Thirteenth Defenses (D.I. 95, Twelfth Defense,

Thirteenth Defense) are STRICKEN.

Dated: August 3, 2026

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE